# Inmate Account Summary Report
## District of Columbia Central Detention Facility - Location: 12

Today's Date: 09/19/2005

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

Page 1 of 8

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 08/19/2005 15:19 | Deposit | 48.20 | RH | | From: 2003-06321 To: 2005-11423 | 48.20 | 0.00 | 696925 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 08/24/2005 12:22 | Withdrawal | -15.65 | 38 | | SCANNED CANTEEN | 32.55 | 0.00 | 722971 | |
| Authorizing Employee: TOL020 | | | | | Document Locator Number: SCANNED CANTEEN | | | | |
| 08/30/2005 17:52 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 30.95 | 0.00 | 754292 | |
| Authorizing Employee: SUM010 | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/30/2005 17:52 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 30.85 | 0.00 | 754293 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 08/30/2005 17:52 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 30.80 | 0.00 | 754294 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 08/30/2005 18:33 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 29.20 | 0.00 | 754639 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/30/2005 18:33 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 29.10 | 0.00 | 754640 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 08/30/2005 18:33 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 29.05 | 0.00 | 754641 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 08/30/2005 21:30 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 27.45 | 0.00 | 755877 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/30/2005 21:30 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 27.35 | 0.00 | 755878 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 08/30/2005 21:30 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 27.30 | 0.00 | 755879 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 08/30/2005 21:48 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 25.70 | 0.00 | 756126 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM CALL CHARGE | | | | |
| 08/30/2005 21:48 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 25.60 | 0.00 | 756127 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |



05 1974

**FILED**

OCT - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Inmate Account Summary Report**
**District of Columbia Central Detention Facility - Location: 12**

Today's Date: 09/19/2005

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 08/30/2005 21:48 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 25.55 | 0.00 | 756128 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM FEDERAL TAX | |
| 08/31/2005 14:56 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 23.95 | 0.00 | 759397 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM CALL CHARGE | |
| 08/31/2005 14:56 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 23.85 | 0.00 | 759398 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM STATE TAX | |
| 08/31/2005 14:56 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 23.80 | 0.00 | 759399 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM FEDERAL TAX | |
| 09/01/2005 17:15 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 22.20 | 0.00 | 765545 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM CALL CHARGE | |
| 09/01/2005 17:15 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 22.10 | 0.00 | 765546 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM STATE TAX | |
| 09/01/2005 17:15 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 22.05 | 0.00 | 765547 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM FEDERAL TAX | |
| 09/01/2005 21:09 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 20.45 | 0.00 | 767120 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM CALL CHARGE | |
| 09/01/2005 21:09 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 20.35 | 0.00 | 767121 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM STATE TAX | |
| 09/01/2005 21:09 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 20.30 | 0.00 | 767123 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM FEDERAL TAX | |
| 09/01/2005 21:18 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 18.70 | 0.00 | 767191 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM CALL CHARGE | |
| 09/01/2005 21:18 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 18.60 | 0.00 | 767192 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM STATE TAX | |
| 09/01/2005 21:18 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 18.55 | 0.00 | 767193 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | ITI DEBIT SYSTEM FEDERAL TAX | |

**Inmate Account Summary Report**
**District of Columbia Central Detention Facility - Location: 12**

Today's Date: 09/19/2005  Page 3 of 8

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/2005 16:55 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 16.95 | 0.00 | 777633 | |
| Authorizing Employee: | | | | | | | | | |
| 09/03/2005 16:55 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 16.85 | 0.00 | 777634 | |
| Authorizing Employee: | | | | | | | | | |
| 09/03/2005 16:55 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 16.80 | 0.00 | 777635 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 08:38 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 15.20 | 0.00 | 790677 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 08:38 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 15.10 | 0.00 | 790678 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 08:38 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 15.05 | 0.00 | 790679 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 08:53 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 13.45 | 0.00 | 790740 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 08:53 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 13.35 | 0.00 | 790741 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 08:53 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 13.30 | 0.00 | 790742 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 09:01 | Deposit | 20.00 | 20 | MAIL | CCA | 33.30 | 0.00 | 790794 | |
| Authorizing Employee: MCG045 | | | | | | | | | |
| 09/06/2005 09:02 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 31.70 | 0.00 | 790784 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 09:02 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 31.60 | 0.00 | 790785 | |
| Authorizing Employee: | | | | | | | | | |
| 09/06/2005 09:02 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 31.55 | 0.00 | 790786 | |
| Authorizing Employee: | | | | | | | | | |

Document Locator Number: 259936

# Inmate Account Summary Report
## District of Columbia Central Detention Facility - Location: 12

Today's Date: 09/19/2005

Page 4 of 8

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/06/2005 13:56 | Deposit | 114.00 | 20 | MAIL | CCA | 145.55 | 0.00 | 792543 | |
| Authorizing Employee: DRA010 | | | | | Document Locator Number: 259936 | | | | |
| 09/08/2005 17:01 | Withdrawal | -1.60 | | ITC | ITI DEBIT SYSTEM CALL CHARGE | 143.95 | 0.00 | 803957 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/08/2005 17:01 | Withdrawal | -.10 | | ITC | ITI DEBIT SYSTEM STATE TAX | 143.85 | 0.00 | 803958 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/08/2005 17:01 | Withdrawal | -.05 | | ITC | ITI DEBIT SYSTEM FEDERAL TAX | 143.80 | 0.00 | 803959 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/08/2005 17:37 | Withdrawal | -1.60 | | ITC | ITI DEBIT SYSTEM CALL CHARGE | 142.20 | 0.00 | 804295 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/08/2005 17:37 | Withdrawal | -.10 | | ITC | ITI DEBIT SYSTEM STATE TAX | 142.10 | 0.00 | 804296 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/08/2005 17:37 | Withdrawal | -.05 | | ITC | ITI DEBIT SYSTEM FEDERAL TAX | 142.05 | 0.00 | 804297 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 16:24 | Withdrawal | -1.60 | | ITC | ITI DEBIT SYSTEM CALL CHARGE | 140.45 | 0.00 | 830174 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 16:24 | Withdrawal | -.10 | | ITC | ITI DEBIT SYSTEM STATE TAX | 140.35 | 0.00 | 830175 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 16:24 | Withdrawal | -.05 | | ITC | ITI DEBIT SYSTEM FEDERAL TAX | 140.30 | 0.00 | 830176 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 17:22 | Withdrawal | -1.60 | | ITC | ITI DEBIT SYSTEM CALL CHARGE | 138.70 | 0.00 | 830606 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 17:22 | Withdrawal | -.10 | | ITC | ITI DEBIT SYSTEM STATE TAX | 138.60 | 0.00 | 830607 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 17:22 | Withdrawal | -.05 | | ITC | ITI DEBIT SYSTEM FEDERAL TAX | 138.55 | 0.00 | 830608 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

**Inmate Account Summary Report**
**District of Columbia Central Detention Facility - Location: 12**

Today's Date: 09/19/2005 Page 5 of 8

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/13/2005 18:05 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 136.95 | 0.00 | 831067 | |
| | | | | | Document Locator Number: | | | | |
| 09/13/2005 18:05 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 136.85 | 0.00 | 831068 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:05 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 136.80 | 0.00 | 831069 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:27 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 135.20 | 0.00 | 831252 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:27 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 135.10 | 0.00 | 831253 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:27 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 135.05 | 0.00 | 831254 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:40 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 133.45 | 0.00 | 831331 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:40 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 133.35 | 0.00 | 831332 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:40 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 133.30 | 0.00 | 831333 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:56 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 131.70 | 0.00 | 831490 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:56 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 131.60 | 0.00 | 831491 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 18:56 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 131.55 | 0.00 | 831492 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |
| 09/13/2005 19:14 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 129.95 | 0.00 | 831616 | |
| | | | | | Document Locator Number: | | | | |
| Authorizing Employee: | | | | | | | | | |

Today's Date: 09/19/2005

# Inmate Account Summary Report
## District of Columbia Central Detention Facility - Location: 12

Page 6 of 8

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/13/2005 19:14 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 129.85 | 0.00 | 831617 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 19:14 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 129.80 | 0.00 | 831618 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 19:49 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 128.20 | 0.00 | 831908 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 19:49 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 128.10 | 0.00 | 831909 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/13/2005 19:49 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 128.05 | 0.00 | 831910 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/15/2005 10:48 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 126.45 | 0.00 | 839805 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/15/2005 10:48 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 126.35 | 0.00 | 839806 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/15/2005 10:48 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 126.30 | 0.00 | 839807 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/15/2005 11:02 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 124.70 | 0.00 | 839873 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/15/2005 11:02 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 124.60 | 0.00 | 839874 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/15/2005 11:02 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 124.55 | 0.00 | 839875 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/16/2005 20:22 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 122.95 | 0.00 | 850692 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/16/2005 20:22 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM STATE TAX | 122.85 | 0.00 | 850693 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility - Location: 12

Today's Date: 09/19/2005  
Page 7 of 8

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/16/2005 20:22 | Withdrawal | -.05 | ITC | | ITI-DEBIT-SYSTEM-FEDERAL TAX | 122.80 | 0.00 | 850694 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 16:31 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 121.20 | 0.00 | 856206 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 16:31 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM STATE TAX | 121.10 | 0.00 | 856207 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 16:31 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 121.05 | 0.00 | 856208 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 16:45 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 119.45 | 0.00 | 856416 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 16:45 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM STATE TAX | 119.35 | 0.00 | 856416 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 17:01 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 119.30 | 0.00 | 856417 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 17:01 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 117.70 | 0.00 | 856616 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 17:01 | Withdrawal | -1.60 | ITC | | ITI DEBIT SYSTEM STATE TAX | 117.60 | 0.00 | 856617 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 23:05 | Withdrawal | -.05 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 117.55 | 0.00 | 856618 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 09/17/2005 23:05 | Withdrawal | -.10 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 115.95 | 0.00 | 859144 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| | Withdrawal | | | | ITI DEBIT SYSTEM STATE TAX | 115.85 | 0.00 | 859145 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

# Inmate Account Summary Report
## District of Columbia Central Detention Facility - Location: 12

Page 8 of 8

Today's Date: 09/19/2005

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| WYNN | AARON | | | 2005-11423 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 09/17/2005 23:05 | Withdrawal | -.05 | ITC | | ITI-DEBIT-SYSTEM-FEDERAL_TAX | 115.80 | 0.00 | 859146 | |

Authorizing Employee:

Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX

Total Withdrawals    -66.40
Total Deposits        182.20