UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON WYNN, )<br>  )<br>  Petitioner, )<br>  )<br>  v. )<br>  )<br>MICHAEL J. GAINES, CHAIRMAN, )<br>UNITED STATES PAROLE COMMISSION, )<br>*et al.*, )<br>  )<br>  Respondents. ) | Civil Action No. 05-1974 (EGS) |

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 21st day of October 2005,

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.  It is further

ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden, the United States Parole Commission, and the United States Attorney for the District of Columbia.

SO ORDERED.

                                              /s/
                                   EMMET G. SULLIVAN
                                   United States District Judge