UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AARON WYNN, | ) | |
|        Petitioner | ) | |
|   v. | ) | |
| | ) | Civil Action No. 05-1974 (EGS) |
| UNITED STATES PAROLE | ) | |
| COMMISSION, *et al.* | ) | |
| | ) | |
|       Respondent. | ) | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States Parole Commission ('the Parole Commission"), by and through its

attorney, the United States Attorney for the District of Columbia, informs the Court that the above

captioned matter is assigned to Assistant United States Attorney Stephen W. Riddell, D.C. Bar

Number 357-756, telephone number (202) 305-4882, and this is notice of his appearance in this

matter on behalf of the Parole Commission.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____/s/_____
ROBERT D. OKUN, D.C. Bar No. 457-078
Chief, Special Proceedings Section

_____/s/_____
Stephen W. Riddell, D.C. Bar No. 357-756
Assistant United States Attorney
555 4th Street, N.W., Room 10-911
Washington, DC 20530
(202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of a copy of the foregoing Notice of Assignment and Appearance has been served via U.S. mail upon petitioner, Aaron Wynn, *pro se*, DCDC # 259-936, D.C. Department of Corrections, Central Detention Facility, 1901 D Street, S.E., Washington, D.C. 20003. on this the 29th day of November 2005.

_____/s/_____
Stephen W. Riddell
Assistant United States Attorney