UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON WYNN,<br>　　　Petitioner<br>　v.<br><br>UNITED STATES PAROLE<br>COMMISSION, *et al.*<br><br>　　　Respondent. | )<br>)<br>)<br>)　Civil Action No. 05-1974 (EGS)<br>)<br>)<br>)<br>) |

**UNITED STATES PAROLE COMMISSION'S MOTION FOR EXTENSION
OF TIME FOR FILING ITS OPPOSITION TO
PETITIONER'S *PRO SE* PETITION FOR A WRIT OF HABEAS CORPUS**

　　　The United States Parole Commission ('the Parole Commission"), by and through its attorney, the United States Attorney for the District of Columbia ("the U.S. Attorney"), respectfully asks this Court to grant a two-week extension of time, to and including December 16, 2005, for the Parole Commission to file its response to petitioner's *pro se* petition for a writ of habeas corpus ("Petition").  As grounds for this request, the Parole Commission now says:

　　　1.　　　Petitioner, Aaron Wynn, filed his Petition on October 5, 2005, seeking relief from this Court because the Parole Commission has not held a probable cause hearing or parole revocation hearing in his case.  While no hearing has yet been held in petitioner's case, a parole revocation hearing is scheduled for December 7, 2005.

　　　2.　　　By order issued on October 21, 2005, this Honorable Court directed the Parole Commission to submit a response to the Petition no later than 30 days after receipt of service of the Petition.  Copies of the Court's order and the Petition were received by the U. S. Attorney on November 1, 2005.

　　　3.　　　The preparation of the Parole Commission's response was assigned to the undersigned Assistant United States Attorney on November 4, 2005.  The undersigned attempted