UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON WYNN,          )<br>          Petitioner     )<br>     v.          )<br>          )<br>UNITED STATES PAROLE     )<br>COMMISSION, *et al.*     )<br>          )<br>          Respondent.     ) | Civil Action No. 05-1974 (EGS) |

**UNITED STATES PAROLE COMMISSION'S MOTION FOR EXTENSION
OF TIME FOR FILING ITS OPPOSITION TO
PETITIONER'S *PRO SE* PETITION FOR A WRIT OF HABEAS CORPUS**

The United States Parole Commission ('the Parole Commission"), by and through its attorney, the United States Attorney for the District of Columbia ("the U.S. Attorney"), respectfully asks this Court to grant a two-week extension of time, to and including December 16, 2005, for the Parole Commission to file its response to petitioner's *pro se* petition for a writ of habeas corpus ("Petition").  As grounds for this request, the Parole Commission now says:

1. Petitioner, Aaron Wynn, filed his Petition on October 5, 2005, seeking relief from this Court because the Parole Commission has not held a probable cause hearing or parole revocation hearing in his case.  While no hearing has yet been held in petitioner's case, a parole revocation hearing is scheduled for December 7, 2005.

2. By order issued on October 21, 2005, this Honorable Court directed the Parole Commission to submit a response to the Petition no later than 30 days after receipt of service of the Petition.  Copies of the Court's order and the Petition were received by the U. S. Attorney on November 1, 2005.

3. The preparation of the Parole Commission's response was assigned to the undersigned Assistant United States Attorney on November 4, 2005.  The undersigned attempted

to send a copy of the Petition to the Parole Commission by facsimile on November 4, 2005. The facsimile transmission was unsuccessful. Unfortunately, the undersigned did not discover the transmission failure until November 21, 2005, on which date, the undersigned resent the facsimile successfully.

   4. To prepare the response to the Petition, the undersigned will need additional time to consult with, and receive advise from, the General Counsel's Office of the Parole Commission. The undersigned also has responses in other previously filed post-trial motions scheduled within the next several weeks. Therefore, the undersigned respectfully requests an additional two weeks to respond to the Petition.

   5. Petitioner will not be unduly prejudiced by the brief additional time sought to respond to this Petition.

   6. A proposed Order is attached.

_____WHEREFORE, it is respectfully requests that the time within which the Parole Commission may file its response to petitioner's Petition be extended to and including December 16, 2005.

              Respectfully submitted,

              KENNETH L. WAINSTEIN
              United States Attorney

              _____/s/_____
              ROBERT D. OKUN, D.C. Bar No. 457-078
              CHIEF, SPECIAL PROCEEDINGS SECTION

              _____/s/_____
              STEPHEN W. RIDDELL, D.C. Bar No. 357-756
              Assistant United States Attorney
              555 4th Street, N.W., Room 10-911
              Washington, D.C. 20530
              (202) 305-4882

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of a copy of the foregoing U.S. Parole Commission's motion for extension of time for filing response to petitioner's *pro se* petition for a writ of habeas corpus has been served via U.S. mail upon petitioner, Aaron Wynn, *pro se*, DCDC # 259-936, D.C. Department of Corrections, Central Detention Facility, 1901 D Street, S.E., Washington, D.C. 20003. on this the 29th day of November 2005.

                                       _____/s/_____
                                       STEPHEN W. RIDDELL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON WYNN, )<br>       Petitioner )<br>  v. )<br>        )<br>UNITED STATES PAROLE )<br>COMMISSION, *et al.* )<br>        )<br>       Respondent. ) | Civil Action No. 05-1974 (EGS) |

**ORDER**

Upon consideration of the U. S. Parole Commission's motion for extension of time in which to file its response to petitioner's *pro se* petition for a writ of habeas corpus and good cause having been shown, it is hereby

**ORDERED** this the _____ day of _____, 2005, that the Parole Commission shall have until December 16, 2005, in which to file its response to petitioner's *pro se* petition for a writ of habeas corpus.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge

Copies to:

Aaron Wynn
DCDC # 259-936
D.C. Department of Corrections
Central Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003

Stephen W. Riddell, Esq
United States Attorney's Office
555 Fourth Street, NW, Room 10-911
Washington, D.C.  20530