# EXHIBIT A

12/15/05 09:57 FAX 301 492 5563   US PAROLE COMMISSION                              ☒047
Case 1:05-cv-01974-EGS   Document 9-2   Filed 12/16/2005   Page 2 of 3

03/23/2005 21:34 FAX  202 3.. ?:46   US DIST COURT RM 1825               ☒002/003

AO 245 (Rev. 9/95) - Judgment in Criminal Case

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 17 1998

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                          Case Number CR 97-111

                                            ATTORNEY: TONY MILES

AARON WYNN
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Non-Guideline Cases)

THE DEFENDANT: Entered a Plea of Guilty to Count(s) 1 of the Superseding Information.

THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:

Count 1: 22 DCC 3204(a)(2) - CARRYING A PISTOL WITHOUT A LICENSE

   (Date of Offense(s): 1/11/97)

IT IS THE JUDGMENT OF THIS COURT THAT:

THE DEFENDANT BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL TO BE IMPRISONED FOR A TERM OF 3 TO 9 YEARS.

12/15/05 09:57 FAX 301 492 5563    US PAROLE COMMISSION                    ☒048
Case 1:05-cv-01974-EGS    Document 9-2    Filed 12/16/2005    Page 3 of 3

03/29/2005 21:34 FAX 202 547 0146    US DIST COURT RM 1825                    ☒003/003

## CONDITIONS OF PROBATION

Where probation has been ordered the defendant shall:

1. Refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
2. Associate only with law-abiding persons and maintain reasonable hours;
3. Work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult with him prior to job changes);
4. Do not leave the judicial district without permission of the probation officer;
5. Notify the probation officer immediately of any changes in your place of residence;
6. Follow the probation officer's instructions and report as directed.

The court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

IT IS FURTHER ORDERED that the defendant shall pay a total special assessment of $100 to the District of Columbia Crime Victims' Compensation Fund for count(s) 1.

IT IS FURTHER ORDERED THAT count(s) 1 AND 2 OF THE INDICTMENT is/are DISMISSED on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall pay to the United States Attorney for this district any amount imposed as a fine, restitution or special assessment. The defendant shall pay the clerk of the court any amount imposed as a cost of prosecution. Until all fines, restitution, special assessments and costs are fully paid, the defendant shall immediately notify the United States Attorney for this district of any change in name and address.

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States Marshal of this district.

DATE OF IMPOSITION OF SENTENCE: _____MARCH 16, 1998_____

NAME & TITLE OF JUDICIAL OFFICER: _____BOYCE F. LAMBERTH, U.S. DISTRICT JUDGE_____

SIGNATURE OF JUDICIAL OFFICER: _____Boyce C. Lamberth_____

DATE: _____3-16-98_____

## RETURN

I have executed this Judgment as follows:

_____ Defendant delivered on _____ to _____ at _____, the institution designated by the Attorney General, with a certified copy of this Judgment in a Criminal Case.

United States Marshal

By: _____
    Deputy Marshal