# EXHIBIT B

U.S. Department of Justice                                   **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: WYNN, Aaron                              Institution: Rivers Correc. Institution
Register Number: 07641-007
DCDC No: 259-936                                Date:    April 29, 2002

---

In the case of the above-named, the following parole action was ordered:

Parole effective (July 13, 2002) after the service of 58 months.

NOTE: Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency, which will submit a report to the Commission before a parole certificate can be delivered.

NOTE: You have been found eligible for consideration under the Commission's presumptive release date policy at 28 C.F.R. 2.75 (effective January 4, 2001).

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

REASONS:

Your Current Total Guideline Range is 43-49 month(s). See the attached sheet for the components that make up your Current Total Guideline Range. These components are your Base Point Score; Base Point Score Guideline Range; Months Required to Serve to Parole Eligibility Date; Disciplinary Guidelines (if applicable); and Superior Program Achievement Award (if applicable).

You have been in confinement as a result of your current offense behavior for a total of 55 months as of April 13, 2002.

After consideration of all factors and information presented, a decision above the Current Total Guideline Range is warranted because the following circumstances are present: You have already served above the top of your guideline range at the time that you received this hearing.


THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

---

WYNN 07641-007                              -1-                              Clerk: MDD
Queued: 04-29-2002 10:05:40 BOP-Rivers Correctional Institution |

cc:  Sharon Barnes-Durbin, SCSA
     CSS Data Management Group
     D.C. Court Services & Offender Supervision Agency
     300 Indiana Avenue, N.W., Suite 2149
     Washington, D.C. 20001

## DISCIPLINARY GUIDELINES

**Not Applicable**

## SUPERIOR PROGRAM ACHIEVEMENT AWARD

You have been granted a reduction of 5 month(s) from your Total Guideline Range for superior program achievement. This was granted because you received your GED 12-05-2001, your job participation and for completion of the Phase I and Phase II Substance Abuse Cycle Educational Program.

## CURRENT TOTAL GUIDELINE RANGE

```
     4 ——  Base Point Score

    12 — 18   Base Point Score Guideline Range
    36 — 36   Months Required to Serve to Parole Eligibility Date
     0 — 0    Disciplinary Guideline Range (if applicable)
less 5 — 5    Superior Program Achievement Award (if applicable)

    43 — 49   Current Total Guideline Range
```

| Base Point Score Guideline Range | |
|---|---|
| Score | Guideline Range |
| 3 or less | 0 months |
| 4 | 12-18 months |
| 5 | 18-24 months |
| 6 | 36-48 months |
| 7 | 54-72 months |
| 8 | 72-96 months |
| 9 | 110-140 months |
| 10 | 136-172 months |