# EXHIBIT D

*DMJ*

**Court Services and Offender Supervision Agency
for the District of Columbia**
*Community Supervision Services
General Supervision Branch "B"*

### REPORT OF ALLEGED VIOLATION (S)

June 3, 2003

| | | |
|---|---|---|
| **TO:** | United States Parole Commission | |
| **FROM:** | Colette Smith | **Unit:** GS Team 31 |
| | Community Supervision Officer | **Telephone:** (202) 585-7812 |
| | | |
| **Client:** | Aaron Wynn | |
| **DCDC #:** | 259936 | **PDID #:** 440512 |

07641-007
Action Recommended:    **Warrant**

**Sentencing Information:**

Mr. Wynn was paroled on 5/5/03 with a scheduled full term date of 9/11/06; having been convicted of Unauthorized Use of a Vehicle and Distribution of Cocaine, and sentenced to a total period of 3 years and 110 days.

**Violations:**

Mr. Wynn is in violation of the following parole conditions:

**Allegation #1:**

On 5/30/03, Mr. Wynn was arrested and charged with Carrying a Pistol Without a License, as evidence of the attached statement of the incident from the PD-163, provided by the Metropolitan Police Department. Mr. Wynn remains in custody on this charge.

**Case Summary:**

CSO Smith received Mr. Wynn's case on 5/2/03. Mr. Wynn has reported for drug testing twice weekly with results being negative. Mr. Wynn is currently unemployed. Due to Mr. Wynn's rearrest, overall adjustment to supervision is unsatisfactory.

**RECOMMENDATION**

This officer respectfully requests that a warrant be issued.

*D*

*1418 Good Hope Road Washington, DC 20020
Voice: (202) 585-7812 Fax: (202) 585-7829*

12/15/05 09:45 FAX 301 492 5563    US PAROLE COMMISSION                              ☐014
Case 1:05-cv-01974-EGS    Document 9-5    Filed 12/16/2005    Page 3 of 3

Court Services and Offender Supervision Agency                                                      Page 2

Respectfully Submitted,

Signature _[signature]_          Date: 6-5-03
Colette Smith
Community Supervision Officer

Approved By:

Signature _[signature]_          Date: 6-5-03
William T. Ashe
Supervisory Community Supervision Officer