# EXHIBIT F

```
5H      PAR3E   540*23  *     SENTENCE MONITORING        *   09-10-2005
 PAGE 001               *     COMPUTATION DATA           *   19:37:...
                              AS OF 08-03-2005
```

REGNO..: 07641-007 NAME: WYNN, AARON

```
FBI NO............: 967841RA8            DATE OF BIRTH: [REDACTED]
ARS1..............: 0-X/A-ADMIT
UNIT..............:                      QUARTERS.....:
DETAINERS.........: NO                   NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 05-17-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 08-03-2005 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER....................: CR03-269
JUDGE............................: LEON
DATE SENTENCED/PROBATION IMPOSED: 07-15-2005
DATE COMMITTED...................: 08-18-2005
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO        AMOUNT:   $00.00
```

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 606
OFF/CHG: 22:D.C.CODE:450(A)(2001 ED.)-CARRYING A PISTOL WITHOUT A
         LICENSE (OUTSIDE HOME OR PLACE OR BUSINESS)

```
SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
TERM OF SUPERVISION............:     3 YEARS
DATE OF OFFENSE................: 05-30-2003
```

G0002          MORE PAGES TO FOLLOW . . .

```
5H     PAR3E  540*23 *      SENTENCE MONITORING        *    09-10-2005
PAGE 002            *       COMPUTATION DATA           *    19:37:31
                            AS OF 08-03-2005
```

REGNO..: 07641-007 NAME: WYNN, AARON

------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 08-18-2005 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:    030 010

```
DATE COMPUTATION BEGAN..........: 07-15-2005
TOTAL TERM IN EFFECT............:     30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS        6 MONTHS
EARLIEST DATE OF OFFENSE........: 05-30-2003

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    05-30-2003     07-14-2005

TOTAL PRIOR CREDIT TIME.........: 777
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 117
STATUTORY RELEASE DATE PROJECTED: 08-03-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-28-2005


ACTUAL SATISFACTION DATE........: 08-03-2005
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: PN

DAYS REMAINING..................: 117
FINAL PUBLIC LAW DAYS...........: 0
```

REMARKS......: CERTIFIED BY THE DSCC ON 08-18-2005.


G0002         MORE PAGES TO FOLLOW . . .

```
5H      PAR3E   540*23  *     SENTENCE MONITORING          *    09-10-2005
PAGE 003         *            COMPUTATION DATA             *    19:37:31
                              AS OF 05-02-2003

REGNO..: 07641-007 NAME: WYNN, AARON


FBI NO...........:                     DATE OF BIRTH: ▮▮▮▮▮▮
ARS1.............: 0-X/A-ADMIT
UNIT.............:                     QUARTERS.....:
DETAINERS........: NO                  NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-02-2003 VIA MAND PAR

-----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F5172-93
JUDGE...........................: UNKNOWN
DATE SENTENCED/PROBATION IMPOSED: 11-05-1994
DATE WARRANT ISSUED.............: 11-14-1997
DATE WARRANT EXECUTED...........: 07-13-2002
DATE COMMITTED..................: 07-10-2002
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $00.00

-----------------------PRIOR OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  620
OFF/CHG: DRUGS FELONY (PAROLE VIOLATION)

  SENTENCE PROCEDURE.............: DC OMNIBUS YRA REGULAR SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    3 YEARS
  NEW SENTENCE IMPOSED...........:    324 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE................: 11-05-1994




G0002          MORE PAGES TO FOLLOW . . .
```

```
5H    PAR3E   540*23 *        SENTENCE MONITORING        *    09-10-2005
PAGE 004        *             COMPUTATION DATA           *    19:37:31
                              AS OF 05-02-2003

REGNO..: 07641-007 NAME: WYNN, AARON


------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-20-2002 AT RIV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

DATE COMPUTATION BEGAN..........: 07-13-2002
TOTAL TERM IN EFFECT............:    324 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     10 MONTHS      20 DAYS
EARLIEST DATE OF OFFENSE........: 11-05-1994

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 06-01-2003
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 06-01-2003

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: CONTINUE TO EXPIRATION

ACTUAL SATISFACTION DATE........: 05-02-2003
ACTUAL SATISFACTION METHOD......: MAND PAR
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: MPH

DAYS REMAINING..................: 30
FINAL PUBLIC LAW DAYS...........: 0

            DCB SAME AS REL DT OF 010 COMP. /RLJ




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR3E   540*23  *       SENTENCE MONITORING     *       09-10-2005
PAGE 005                *       COMPUTATION DATA        *       19:37:31
                                AS OF 07-13-2002
```

REGNO..: 07641-007 NAME: WYNN, AARON

```
FBI NO..........: 967841RA8           DATE OF BIRTH: ████████
ARS1............: 0-X/A-ADMIT
UNIT............:                     QUARTERS.....:
DETAINERS.......: NO                  NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:   07-13-2002 VIA PAROLE

---------------------------PRIOR JUDGMENT/WARRANT NO: 010 -------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: 97-111
JUDGE............................: EDWARDS
DATE SENTENCED/PROBATION IMPOSED.: 03-16-1998
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 11-16-1999
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $00.00          $00.00           $00.00       $150.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:   $00.00
```

---------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 606
OFF/CHG: 33-1327(A)(2), CARRYING A PITOL W/A LISCENSE

```
  SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     9 YEARS
  MINIMUM TERM...................:     3 YEARS
  DATE OF OFFENSE................: 02-01-1997
```

G0002       MORE PAGES TO FOLLOW . . .

```
5H      PAR3E   540*23  *       SENTENCE MONITORING      *   09-10-2005
PAGE 006 OF 006 *               COMPUTATION DATA         *   19:37:31
                                AS OF 07-13-2002

REGNO..: 07641-007 NAME: WYNN, AARON


------------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-12-2002 AT RIV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 03-16-1998
TOTAL TERM IN EFFECT............:     9 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS
EARLIEST DATE OF OFFENSE........: 02-01-1997

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       02-01-1997     04-05-1997
                                       11-13-1997     03-15-1998

TOTAL JAIL CREDIT TIME..........: 187
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 09-10-2000
STATUTORY RELEASE DATE..........: 09-09-2006
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 09-09-2006

PAROLE EFFECTIVE................: 07-13-2002
PAROLE EFF VERIFICATION DATE....: 07-12-2002
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 07-13-2002
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: RLJ

DAYS REMAINING..................: 1519
FINAL PUBLIC LAW DAYS...........: 0

            INMATE RECEIVED FROM DCDOC. COMPUTATION COIGINALLY COMPUTED BY
            DCOB AND REVEIWED AND/OR CORRECTED BY CRL BOP STAFF BASED ON
            INFORMATION IN INMATES OFFICIAL CENTRAL FILE. /RLJ
5H                DETAINER: PV YRA WARRANT TO BE EXECUTED UPON RELEASE.



S0039       ALL CURRENT COMPS ARE SATISFIED
```