# EXHIBIT H



**U.S. DEPARTMENT OF JUSTICE**
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

September 22, 2005

**Collateral Request**

Chief U.S. Probation Officer Richard A. Houck Jr.
District of Columbia
3rd & Constitution Avenue, N.W.
U.S. Courthouse, Room 2800
Washington, D.C. 20001-2866

**Re:**  Wynn, Aaron
        Reg. No. 07641-007
        DCDC No. 259-936

Dear Mr. Houck,

The U.S. Parole Commission has been advised the above-named was convicted of Carrying a Pistol Without a License and sentenced to 30 months in U.S. District Court in Washington, D.C (**Case No. CR03-000269**) (Docket No. 03150959). It is kindly requested that your office provide our office with a copy of the Judgment and Commitment order, Pre-Sentence Investigation or any other official documentation containing the sentencing information.

This information is required before we can process this case any further. As the subject is currently in the custody of our warrant, it is requested that your office forward the judgment as quickly as possible. If it is more convenient, you may fax the information to my attention at (301) 492-5525.

Sincerely,

Jequan S. Jackson
Case Analyst Trainee

JSJ



**United States Parole Commission**
U.S. Department of Justice

**Type of Contact....:** Outgoing Telephone Call

**Date & Time.........:** September 22, 2005, 11:36 AM

**Name of Contact..:** Colette Smith CSO

**Agency...................:** CSOSA

**Phone Number.....:** (202-585-7812

**Prisoner.................:** Wynn, Aaron
   Reg. No. 07641-007
   DCDC No. 259-936

**Keyer....................:** Jequan S. Jackson
   Case Analyst Trainee

Analyst called to follow up on request for J&C and PSI. Analyst left message to return call.
                                                                                    Jequan Jackson

CSO return call stating she will try to get the information next week but stated she was unsure about whether she would be successful because information is much more difficult to get at District Court versus Superior Court. CSO stated there computer system is linked on to Superior Court and she would have to talk to someone to obtain District Court info.
                                                                                    Jequan Jackson