# EXHIBIT J



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

Date:_____

Aaron Wynn
Reg. No. 07641-007
DCDC No. 259-936

Dear Mr. Wynn:

This is to inform you that the Commission has found probable cause to believe the you have violated the conditions of your parole and has ordered a hearing to determine whether or not your release should be revoked. The purpose of this hearing will be to make a final determination as to whether or not you violated the conditions of your above-stated release as charged and, if so, whether the violations warrant revocation. If revocation is ordered, the Commission will also determine whether to reparole or to require service of all or any part of your violator term.

The specific charge(s) upon which these finding(s) are based:

**Charge No. 1 - Law Violation - A) Carrying a Pistol Without a License**

These charges and any additional information will be reviewed at the hearing for possible violations. The evidence relied on is indicated on the warrant application and/or in the summary report of the preliminary interview.

**Charges to Be Considered**

**Charge No. 1- Law Violation - B) Unregistered Firearm**
**C) Unregistered Ammunition**
**D) Felon in Possession of a Firearm**

If you are a D.C. Code violator, except those offenders sentenced under the Federal Youth Corrections Act, all street time credit must be forfeited.

Your transfer to a federal institution has been ordered for the purpose of holding a revocation hearing following your arrival at that institution. No new information has been presented that would warrant your release pending the revocation hearing.

If you would like counsel appointed to represent you at the revocation hearing, please contact your Case Manager to complete a CJA-22 to be submitted to the U.S. District Court.

Your revocation hearing will be scheduled on the next appropriate docket at the facility where you are confined.

Enclosed is a packet of the below-listed documents upon which the warrant is based for your use at the revocation hearing. If information exempt from full disclosure has been removed from this packet, you will find a summary of the exempt material included.

Warrant and Warrant Application dated 6/10/03

Revocation Hearing Packet
1. Designation Packet
2. Preliminary Interview of N/A.
3. USPO Colette Smith letter(s) of 6/3/2003.

Sincerely,

Jeqvan S. Jackson
Case Analyst Trainee

Enclosures

JSJ