# EXHIBIT K

# D.C. Institutional Revocation Prehearing Assessment

**Name.........:  WYNN, AARON**
**Reg Number.:  07641-007**
**Birth Date...:**  ████████████
**DCDC Number: 259-936**

## Prehearing Parameters

Date..................................:  12/05/2005
Examiner.............................:  Donna A. McLean
Location.............................:  CTF (or DC Jail)

## Warrant Parameters

Supervision Type....................:  Parole
Supervision District................:  General Supervision Unit VIII-Team 6 1418 Good Hope Road
Warrant/Summons..................:  Warrant
Warrant Executed...................:  08/09/2005
Probable Cause Found..............:  08/26/2005
Revocation Hearing Deadline.....:  11/06/2005

## Sentence Parameters

Adult / Youth.......................:  Adult
Jail Credit (days)...................:  0
In-Operative Time (days)..........:  0
MR Date (2/3)........................:  10/31/2008
Full Term Date.......................:  10/15/2009
GL Credit (months)................:  27
GL Months in Custody................:  30 months  as of  11/29/2005
GL Months at Projected MR.......:  66
Detainer..............................:  None

## Additional Text regarding the above parameters:

Previous Commission Action: On January 31, 1997 police officers heard what appeared to be the sound of gunshots.
After responding to a nearby shopping center, police observed the subject remove a firearm from his person and
place it into the trunk of a parked motor vehicle. Police stopped the subject and recovered the firearm (Mauser
semi-automatic .32 caliber pistol) with three rounds of live ammunition. The weapon was found to be operational
and the initials AWR and PM were etched onto the left grip. It should be noted the subject was on parole in the
District of Columbia on a charge of Cocaine Distribution at the time of the current offense.

On 11/15/2000 subject received a DC initial hearing at Greensville, VA. By NOA dated 12/26/2000 it was
ordered to deny parole; continue for a rehearing in 3/2002 after the service of 18 months from his parole
eligibility date of 9/12/2000. Subject had a base point score of 4 and a total point score of 3. He was awarded a
point for ordinary programming. With a base point score of 3 his rehearing was to occur within 12-18 months

WYNN, AARON 07641-007                                                                    Page 1 of 4

from his PED. After consideration of all factors and information presented, a departure from the rehearing guidelines were not found to be warranted.  The subject appeared for his Rehearing on 4/10/2002 and via NOA dated 4/29/2002, the Commission ordered: Parole Effective 7/13/2002 after the service of 58 months.

On 7/13/2002 the subject was parole to his Parole Violator's Term on Distribution of Cocaine sentence with a FTD of 9/9/2006. It appears the subject was released to the community on 5/2/2003 and by 5/30/2003 he was arrested in possession of a semi-automatic handgun. Therefore, on 6/10/2003, the USPC issued a warrant for the subject's arrest. On 11/17/2005, the warrant was Supplemented as a result of the subject's conviction for Carrying a Pistol without a License in which he was sentenced to 30 months confinement and credit for time served w/ 3 years Supervised Release to Follow.

On 8/19/2005, the warrant was executed and a PC Hearing was held on 8/26/2005 and the subject admitted to the alleged violations and scheduled for an Institutional Revocation Hearing.

**Violations of Conditions of Release:**

      **Charge Number:  1**
      Offense:................................. **Law Violation – a) Carrying a Pistol without a License; b) Unregistered Firearm; c) Unregistered Ammunition; d) Felon in Possession of a Firearm.**
      Violation Behavior:............... On 5/30/2003, the subject was found in possession of a Smith & Wesson 40 caliber semi-automatic handgun. The weapon contained 10 live rounds of ammunition. The subject was arrested by Washington Metropolitan Police for the above-cited offense on 5/30/2003. This information is contained in the police report dated  5/30/2003. This charge is based on the information contained in the violation report dated  6/3/2003 from Community Supervision Officer  Colette Smith. Status of Custody/Criminal Proceedings:  In custody; charges pending in U.S. District Court

      **Charge Number:  1**    (Reference, First Supplement 10/24/2005)
      Offense:................................. **Law Violation – A) Carrying a Pistol Without a License  B) Unregistered Firearm C) Unregistered Ammunition D) Felon in Possession of a Firearm.**
      Violation Behavior:............... The releasee was convicted by the U.S. District Court-D.C. for charge 1 (a) and sentenced to 30 months with credit for time served. This charge is based on the information contained in the judgment dated 7/21/05. Status of Custody/Criminal Proceedings:  Charges 1 (b); (c); (d) were Nolle Prossed.

**Severity:**  Category Three

**Severity Justification:** Your violation behavior has been rated Category Three severity because it involved Criminal offense(s), specifically: the conviction for carrying a pistol without a license.

## SALIENT FACTOR SCORE  (SFS-98)

   SFS Item A =  0    Subject has 4 prior convictions/adjudication.

| Date | Offense | Disposition |
|------|---------|-------------|
| 05/21/1993 | * Distribution of Cocaine | 2/6/1995 - 3 years Jail (2/2); Parole9/12/1996; Revoked 11/13/1997 (2/3); Mandatory Released 5/2/2003 |
| 07/17/1993 | Attempted Unauthorized Use of a Vehicle | 9/20/1993 - 110 days Jail, released 1/25/1994 (1/1) |
| 01/31/1997 | * Carrying a Pistol without a License | 3/16/1998 - 3-9 years confinement (3/3); Paroled 7/13/2002 to above PV term |
| 01/12/1998 | BRA | 3/9/1998 - 2 months, 7 days jail (4/3) |

SFS Item B =  0   Subject has 3 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

SFS Item C =  3   Subject was 28 years old at the commencement of the current offense and had 3 prior commitments.

SFS Item D =  0   05/30/2003 - Date of Current Offense.
07/13/2002 - Release to the Community from last commitment

SFS Item E =  0   Subject is a parole status violator.

SFS Item F =  0   Sum of Items A-E = 3 and the offender was 28 years old at the commencement of the current offense.

**Salient Factor Score  =  3**

**Negative Behavior after Warrant Execution:**
The prisoner had no Disciplinary Behavior after the Warrant Execution.

**Re-parole Guidelines (range in months):  24 - 32**

**Rescission Guidelines (range in months):  0 - 0**

**Aggregate Guidelines (range in months):  24 - 32**

**Text to Describe Any Other Behavior or Remaining Issues:** None

**Evaluation:**

Mr. Wynn is currently 31 years old with a history of criminal activity that involve weapons and drugs. He now faces his 1st Revocation on his original 9 years sentence for the Carrying a Pistol without a License. He was Paroled on 7/13/2002 a consecutive Parole Violation term and ultimately was released to the community on 5/2/2003 and within days of his released he was arrested in possession of a semi-automatic handgun. The subject's violation behavior is rated a Category Three as a result of his conviction. His SFS is 3, which results in a Reparole Guideline of 24-32 months. As of 11/29/2005, he is credited to have served 30 months towards his Guidelines. It is further noted that upon release the subject will be on Parole and 3 years Supervised Release.