# EXHIBIT L

# HEARING SUMMARY

**Name:** Wynn, Aaron  **Reg No:** 07641-007

**Hearing Parameters**

| | |
|---|---|
| Hearing Type | : **Revocation (Institutional)** |
| Hearing Date | : 12/7/05 |
| Examiner | : Rob Haworth |
| Institution | : D.C. Correctional Treatment Facility |
| Second Designation | : None |

**Sentence Parameters**

| | |
|---|---|
| Sentence Type | : **DC Parole Eligible** |
| MR/Statutory Release Date | : 10/31/2008 |
| Full Term Date | : 10/15/2009 |
| Months in Custody | : 30 as of 11/29/05 |
| Detainer | : None |

**Warrant Parameters**

| | |
|---|---|
| Supervision | : **Parole** |
| Revoking District & Office | : District of Columbia |
| Warrant Execution Date | : 8/19/05 |
| Probable Cause Date | : 8/26/05 |

**Additional text regarding the above parameters:** The subject has been in continuous custody since his arrest 5/30/03 on a new criminal charge. The Commission's warrant was executed 8/19/05 after he completed a new sentence. For reparole guideline purposes, subject has been in continuous custody for 30 months as of 11/29/05.

---

**Prior Action:** See the Prehearing Review dated 12/5/05. This subject was released on parole 7/13/02. He had 1519 days remaining on his sentence at the time of release.

**Counsel:** The subject was represented by Rosalyn Gonzales, District of Columbia Public Defender Service.

**Witnesses:** Ms. Sabrina Wynn (the subject's mother) Washington, DC.

**Procedural Considerations:** Ms. Gonzales raised the issue of the warrant execution date and the date of the hearing. It has been over 3 months since the warrant was executed and the hearing is late. This examiner questioned Ms. Gonzales and the subject about the affect the delay has had on his case. Attorney Gonzales reported that the delay has not made it more difficult to defend the subject on the charge but she just wanted it in the record that the delay occurred. This examiner was not requested to make any ruling on an objection.

**Charges:**

**Charge No. 1 - Law Violation - (A) Carrying a Pistol without a License, (B) Unregistered Firearm, (C) Unregistered Ammunition, (D) Felon in Possession of Firearm:**
  **Violation Behavior:** The subject was arrested 5/30/03 after police found a firearm in his possession. Officers were in a residential area and when investigating several men who were standing at a location near a building. When these individuals saw police some of them ran including this subject. The subject was holding his hand over his waistband as if he had something concealed. The officer stopped him, searched him and found a loaded .40 Caliber Semi Automatic Handgun in his waistband.

  The subject was convicted in DC Superior Court 7/21/05 and was sentenced to serve 30 months. He completed that sentence 8/19/05 and was turned over to the violator warrant.
  **Evidence Presented:** The subject admitted the above charge. He did not provide any excuse for possession of the firearm. He stated that he has learned his lesson and he understands it is a serious matter. He stated he will not do this again.
  **Findings of Fact:** This examiner finds that the subject violated the conditions of release as indicated in the above charge.
  **Basis:** Your conviction in DC Superior Court and your admission.

**Discipline:** None.

**Release Plans:** The subject will live at the home of his mother in Washington, DC. His mother attended the hearing and made a statement on subject's behalf. That will be covered in the Evaluation Section.

**Guideline Parameters**

**Severity Justification:**   Category Three because it involved Possession of a Firearm.
**Salient Factor Score:**   3.

**Re-parole Guideline Range:**............... 24-32

**Evaluation:** The subject's mother, Sabrina Wynn, attended the hearing and made a statement on subject's behalf. She stated that she has seen subject make many changes during the past 2½ years. She believes that he has matured a lot and his attitude seems genuinely different. She stated during the hearing that at one time she considered subject to be "the meanest child I had" but she stated that has all changed now. She stated that subject has matured and has a very different attitude. She does not feel like he will ever return to prison. The subject has an 8-year old son who needs him in the community.

This prisoner has guidelines of 24-32 months. He has served approximately 30 months. This examiner reviewed subject's prior record and history under supervision. He does not have any prior convictions of committing violent offenses. However, he does have one previous conviction for Carrying a Pistol Without a License (1997). This examiner does not see any basis to go above the guidelines. The top of the guidelines is recommended.

**Recommendation:** Revoke parole. None of the time spent on parole shall be credited. Parole Effective 1/29/06 after the service of 32 months.

**Conditions:** Special Drug Aftercare.

**Statutory Interim Hearing:** None.

**Guideline Use:** A departure from the guidelines at this consideration is not warranted.

**Additional Text:** None.

[Signature]

JRH/PAH
December 9, 2005

**Executive Reviewer's Comments:**