# EXHIBIT M




WYNN, AARON

**:NT OF JUSTICE**
**Commission**

07641-007    PR011310    )ER
DC INSTITUT   JCTFR
12/7/2005

Reg. No: _____    Institution: _CTF_

In the case of the above-named, the Commission has carefully examined all the information at its disposal and the following action with regard to parole, parole status, or mandatory release status is hereby ordered:

_Revoke Parole. None of the time spent on parole shall be credited_

_[signature]_

Date: _December 7, 2005_

Date: _____

*(Date Notice Sent)*

National Appeals Board _____
                          *(check)*

Regional Commissioners _____
                          *(check)*

Full Commission _____
                  *(check)*

Parole Form H-6
December 2004



WYNN, AARON

07641-007    PR011310
DC INSTITUT    JCTFR
12/7/2005

## U.S. DEPARTMENT OF JUSTICE
## Commission
### ORDER

Reg. No: _____    Institution: CTF

In the case of the above-named, the Commission has carefully examined all the information at its disposal and the following action with regard to parole, parole status, or mandatory release status is hereby ordered:

_Parole effective January 29, 2006 after 32 months with special drug aftercare._

Date: December 7, 2006

Date: _____

(Date Notice Sent)

National Appeals Board _____
(check)

Regional Commissioners _____
(check)

Full Commission _____
(check)

Parole Form H-6
December 2004