UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON WYNN,              )<br>　　　　Petitioner,   )<br>　　v.                            )<br>　　　　　　　　　　　　)<br>MICHAEL J. GAINES, CHAIRMAN, )<br>UNITED STATES PAROLE COMMISSION, )<br>et al.,                           )<br>　　　　Respondents.  )<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | Civil Action No. 05-1974 (EGS) |

### UNITED STATES PAROLE COMMISSION'S SUPPLEMENT
### TO ITS MOTION TO DISMISS
### PETITIONER'S *PRO SE* PETITION FOR A WRIT OF HABEAS CORPUS

　　The United States Parole Commission ("the Parole Commission" or "the Commission"), by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to its motion to dismiss petitioner's *pro se* petition for a writ of habeas corpus ("Petition"). Petitioner alleged that his probable cause hearing and his parole revocation hearing were unduly delayed, and requested that he be reinstated to parole. The Parole Commission moved to dismiss the Petition as moot because petitioner has actually received both hearings. However, when its motion to dismiss was filed on December 16, 2005, the Commission had not yet issued a final parole revocation decision in petitioner's case. On December 29, 2005, Ms. Michele Sedgwick, an attorney with the Court's *Pro Se* Unit, requested that the undersigned provide the Court with a copy of the Commission's revocation decision in the event that a decision has been issued. In fact, the Commission announced its decision in this case on December 21, 2005. In its ruling, the Commission adopted the hearing examiner's recommendation and revoked petitioner's parole, denied petitioner credit for time spent on parole and directed that he be reparoled effective January 29, 2006, after serving 32 months. *See*

Exhibit A, notice of action.   In light of this ruling, the Commission reiterates its position that the Petition in this case be dismissed as moot.

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN
                                                United States Attorney

                                                _____/s/_____
                                                ROBERT D. OKUN, D.C. Bar No. 457-078
                                                CHIEF, SPECIAL PROCEEDINGS SECTION

                                                _____/s/_____
                                                STEPHEN W. RIDDELL, D.C. Bar No. 357-756
                                                Assistant United States Attorney
                                                555 4th Street, N.W., Room 10-911
                                                Washington, D.C.  20530
                                                (202) 305-4882


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of a copy of the foregoing U.S. Parole Commission's supplement to its motion to dismiss petitioner's *pro se* petition for a writ of habeas corpus has been served via U.S. mail upon petitioner, Aaron Wynn, *pro se*, DCDC # 259-936, D.C. Department of Corrections, Correctional Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003. on this the 9th day of January, 2006.

                                                _____/s/_____
                                                STEPHEN W. RIDDELL