# EXHIBIT A

U.S. Department of Justice　　　　　　　　　　　　　Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Name: WYNN, Aaron　　　　　　　　　　　　　　　　Institution: D.C. CTF
Register Number: 07641-007
DCDC No: 259-936　　　　　　　　　　　　　　　　Date:　December 21, 2005

As a result of the hearing conducted on December 7, 2005 the following action was ordered:

Revoke parole. None of the time spent on parole shall be credited. Re-parole effective January 29, 2006 after the service of 32 months.

NOTE: Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency (CSOSA), which will submit a report to the Commission before a parole certificate can be delivered.

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

**FINDINGS OF FACT:**

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Law Violation - (A) Carrying a Pistol without a License, (B) Unregistered Firearm, (C) Unregistered Ammunition, (D) Felon in Possession of Firearm.

Basis for the above stated finding(s): Your admission and your conviction in DC Superior Court.

**REASONS:**

Your parole violation behavior has been rated as criminal conduct of Category Three severity because it involved possession of a firearm. Your salient factor score is 3. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of November 29, 2005 you have been in confinement as a result of your violation behavior for a total of 30 month(s). Guidelines established by the Commission indicate a customary range of 24-32 months to be served before release. After review of all relevant factors and information, a departure from the guidelines at this consideration is not warranted.

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc: D.C. Federal Billing Unit
D.C. Department of Corrections
Washington, D.C. 20003

U.S. Marshals Service
District of Columbia - District Court
333 Constitution Ave, N.W., Room 1400
Washington, D.C. 20001
Warrants - Attn: Sean McLeod

U.S. Probation Office
General Supervision Unit VIII-Team 6
CSOSA
1418 Good Hope Road, S.E.
Washington, D.C. 20020

Rosalyn Gonzales
Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2070
Washington, D.C. 20001



## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 3 | Salient Factor Score (SFS-98) (sum of points for A-F above) |



Points for SFS Item C

| Age | Prior Commitments | | |
|---|---|---|---|
| | 0-3 | 4 | 5+ |
| 26 & up | | | 1 |
| 22-25 | | | 0 |
| 20-21 | | 0 | 0 |
| 0-19 | 0 | 0 | |