UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AARON WYNN,<br><br>           Petitioner,<br><br>           v.<br><br>MICHAEL J. GAINES, CHAIRMAN,<br>UNITED STATES PAROLE COMMISSION,<br>*et al.*,<br><br>           Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1974 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of habeas corpus [Dkt. #1] is DENIED, and it is further

ORDERED that the order to show cause [Dkt. #3] is DISCHARGED, and it is further

ORDERED that respondents' motion to dismiss [Dkt. #9] is GRANTED, and it is further

ORDERED that this civil action is DISMISSED.  This is a final appealable Order. *See* Fed. R. App. P. 4.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
              United States District Judge

Dated:    April 20, 2006